UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| | : | Case No. 09-14109 (PJW) |
| MES International, Inc., *et al.* | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF EQUITY |
| Debtors | | SECURITY HOLDERS |

-----------------------------------------------------

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Equity Security Holders in connection with the above captioned case:

1. **Stephen W. Bershad**, P.O. Box 31100, Santa Fe, NM 87594, Phone: 505-982-9393, Fax: 505-988-89785

2. **Bradley Louis Radoff**, 1177 West Loop South, Suite 1625, Houston, TX 77027, Phone: 713-482-2191, Fax: 832-202-0207

3. **JEC II Associates, LLC**, Attn: Michael Torok, 68 Mazzeo Drive, Randolph, MA 02368, Phone: 617-680-6709, Fax: 480-772-4733

                                     ROBERTA A. DeANGELIS
                                     Acting United States Trustee, Region 3

                                     /s/ Jane M. Leamy, for
                                     WILLIAM K. HARRINGTON
                                     ASSISTANT UNITED STATES TRUSTEE

DATED: December 22, 2009

Attorney assigned to this case: Jane Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' counsel: Mark Minuti, Esquire, Phone: (302) 421-6800, Fax: (302) 421-5873