# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | MES International, Inc., et al., | | |
| **Case Number:** | 09-14109-PJW | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, JANUARY 08, 2010 03:00 PM   CRT#2, 6TH FL. | | |
| **Bankruptcy Judge:** | PETER J. WALSH | | |
| **Courtroom Clerk:** | LORA JOHNSON | | |
| **Reporter / ECR:** | NICKITA BARKSDALE | | |

## *Matter:*

Omnibus/Disclosure Statement

**R / M #:**   177 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Order signed
#2 - Interim Order signed
#3 - Order signed - confirmation hearing scheduled for 2/26/10 @ 9:30 a.m. (obj. deadline 2/22/10 @ 4:00 p.m.; any response to a timely obj to be filed by 2/24/10 @ 4:00 p.m.)