# SIGN-IN SHEET

CASE NAME: MES INTERNATIONAL, INC.   COURTROOM NO.: 2

CASE NO.: 09-14109 (PJW)   DATE: 01/08/2010

**PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Minuti | Saul Ewing LLP | Debtors |
| William Baldiga | Brown Rudnick | Debtors |
| Cheryl Ruschick | " " | " |
| Bob Stearn | RLF | " |
| Don Workie | | Equity Committee |
| Jason Teele | Lowenstein Sandler PC | " |
| Kevin Mann | Cross + Simon | Securities plaintiffs |
| Eric Lopez Schnabel | Dorsey | Certain Noteholders |
| David Hillman | Schulte | " |

185

# Court Conference

**Calendar Date:** 01/08/2010
**Calendar Time:** 03:00 PM

## U.S. Bankruptcy Court-Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Peter J. Walsh

#2

1st Revision 01/08/2010 06:27 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | MES International, Inc. | 09-14109 | Hearing | 3280036 | Anthony Bellantuoni | (781) 266-5716 | MES/GSI International | Debtor, MES International, Inc. / LIVE |
| | | MES International, Inc. | 09-14109 | Hearing | 3280007 | Glenn Davis | (781) 266-5716 | MES/GSI International | Debtor, MES International / LIVE |
| | | MES International, Inc. | 09-14109 | Hearing | 3282170 | Chris Mittleman | (212) 535-0415 | Chris Mittleman | Interested Party, Chris Mittleman / LISTEN ONLY |