# Exhibit C

Projections

## GSI Group Inc.
Consolidated Balance Sheet Projections
Unaudited - Before Restatement and Asset Impairment Charges

| (in thousands) | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| Cash | $53,436 | $46,703 | $50,014 | $50,032 | $50,020 |
| Cash Equivalents | 509 | 509 | 509 | 509 | 509 |
| Accounts Receivable, Net of Allowances | 44,202 | 48,199 | 53,201 | 57,127 | 56,502 |
| Income Tax Receivable | 15,292 | 11,292 | 11,292 | 11,292 | 11,292 |
| Inventories | 67,567 | 66,795 | 66,427 | 66,120 | 67,451 |
| Deferred Tax Asset | 11,107 | 11,107 | 11,107 | 11,107 | 11,107 |
| Other Current Assets | 4,681 | 4,681 | 4,681 | 4,681 | 4,681 |
| Total Current Assets | 196,793 | 189,286 | 197,231 | 200,867 | 201,562 |
| PP&E | 53,891 | 47,137 | 41,031 | 35,571 | 30,759 |
| Deferred Tax Asset | 18,079 | 18,079 | 18,079 | 18,079 | 18,079 |
| Other Assets | 6,049 | 1,347 | 1,347 | 1,347 | 1,347 |
| Long-term Investments | 10,920 | 10,920 | 10,920 | 10,920 | 10,920 |
| Net Intangibles and Goodwill | 308,746 | 289,836 | 270,925 | 252,015 | 233,105 |
| **Total Assets** | **$594,478** | **$556,605** | **$539,533** | **$518,800** | **$495,772** |
| **LIABILITIES & STOCKHOLDER EQUITY** | | | | | |
| **Current Liabilities** | | | | | |
| Accounts Payable | $14,681 | $17,500 | $20,832 | $22,719 | $23,462 |
| Accrued Expenses | 27,890 | 22,006 | 22,371 | 22,828 | 23,285 |
| Total Current Liabilities | 42,570 | 39,506 | 43,203 | 45,546 | 46,746 |
| Long Term Debt | 188,837 | 95,000 | 80,100 | 50,500 | 11,750 |
| Deferred Tax Liabilities | 59,092 | 59,092 | 59,092 | 59,092 | 59,092 |
| Other Long Term Liabilities | 15,492 | 15,492 | 15,492 | 15,492 | 15,492 |
| Total Liabilities | 305,992 | 209,090 | 197,887 | 170,630 | 133,080 |
| Total Stockholders' Equity | 288,486 | 347,515 | 341,647 | 348,170 | 362,691 |
| **Total Liabilities and Stockholders' Equity** | **$594,478** | **$556,605** | **$539,533** | **$518,800** | **$495,772** |

*See Accompanying Notes to the Consolidated Financial Statement Projections*

## GSI Group Inc.
Consolidated Income Statement Projections
Unaudited - Before Restatement and Asset Impairment Charges

| (in thousands) | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|
| Sales | $214,233 | $251,636 | $294,104 | $322,591 | $334,140 |
| Cost of Sales | 134,269 | 158,636 | 182,355 | 197,002 | 201,744 |
| Gross Margin | 79,963 | 93,000 | 111,749 | 125,588 | 132,396 |
| % of Revenue | 37.3% | 37.0% | 38.0% | 38.9% | 39.6% |
| Operating Expenses: | | | | | |
| Research and Development | 27,532 | 29,472 | 30,834 | 32,140 | 32,943 |
| Sales and Marketing | 32,296 | 34,554 | 36,261 | 38,246 | 39,008 |
| General and Administrative | 27,698 | 20,770 | 21,456 | 22,313 | 22,744 |
| Amortization of Intangibles | 18,902 | 18,910 | 18,910 | 18,910 | 18,910 |
| Total Operating Expenses | 106,428 | 103,706 | 107,462 | 111,609 | 113,606 |
| Adjusted Operating Income | (26,464) | (10,706) | 4,287 | 13,979 | 18,790 |
| Add-backs: | | | | | |
| SFAS 123R | 2,454 | 0 | 0 | 0 | 0 |
| Amortization of intangibles | 18,902 | 18,910 | 18,910 | 18,910 | 18,910 |
| Depreciation | 9,191 | 9,254 | 9,273 | 9,293 | 9,313 |
| Adjusted EBITDA | 4,083 | 17,458 | 32,471 | 42,182 | 47,013 |
| Non-Recurring: | | | | | |
| Restructuring / Investigation / Restatement Costs | 27,526 | 11,465 | 0 | 0 | 999 |
| Operating Profit | (53,990) | (22,171) | 4,287 | 13,979 | 17,791 |
| Other (Income) / Expense: | | | | | |
| Interest and Other (Income) / Expense | (1,777) | (792) | (569) | (543) | (544) |
| Interest Expense | 25,225 | 8,728 | 10,725 | 7,999 | 3,813 |
| Income Before Taxes | (77,438) | (30,107) | (5,868) | 6,523 | 14,522 |
| Tax Expense / (Benefit) | 328 | 0 | 0 | 0 | 0 |
| Net Income / (Loss) | ($77,767) | ($30,107) | ($5,868) | $6,523 | $14,522 |

*See Accompanying Notes to the Consolidated Financial Statement Projections*

## GSI Group Inc.
Consolidated Cash Flow Projections
Unaudited - Before Restatement and Asset Impairment Charges

| (in thousands) | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | | | |
| Net Income / (Loss) | ($77,767) | ($30,107) | ($5,868) | $6,523 | $14,522 |
| Adjustments to Reconcile Net Income / (Loss) to Net | | | | | |
| Depreciation & Amortization | 28,093 | 28,164 | 28,183 | 28,203 | 28,223 |
| Stock Based Compensation | 2,454 | 0 | 0 | 0 | 0 |
| Changes in Assets and Liabiltiies: | | | | | |
| Accounts Receivable | 7,202 | (3,997) | (5,001) | (3,926) | 625 |
| Inventory | 9,136 | 772 | 368 | 307 | (1,331) |
| Other Current Asstes | 8,598 | 4,000 | 0 | 0 | 0 |
| Accounts Payable | (11,986) | 2,819 | 3,332 | 1,887 | 743 |
| Accrued Expenses | 628 | (5,884) | 365 | 457 | 457 |
| Net Cash Provided by Operating Acitivites | (33,641) | (4,233) | 21,378 | 33,451 | 43,238 |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | | | |
| Acquisition of Property, Plant and Equipment | (1,695) | (2,500) | (3,167) | (3,833) | (4,500) |
| Proceeds from Sale of Auction Rate Securities | 16,670 | 0 | 0 | 0 | 0 |
| Proceeds from Sale of Rugby UK Building | 3,100 | 0 | 0 | 0 | 0 |
| Net Cash Used by Investing Acitivites | 18,075 | (2,500) | (3,167) | (3,833) | (4,500) |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | | | |
| Principal Payments on Long-term Debt | 0 | 0 | (14,900) | (29,600) | (38,750) |
| Net Cash Used by Investing Acitivites | 0 | 0 | (14,900) | (29,600) | (38,750) |
| Net Increase / (Decrease) in Cash | (15,566) | (6,733) | 3,311 | 17 | (12) |
| Cash & Cash Equivalents Beginning of Year | 69,002 | 53,436 | 46,703 | 50,014 | 50,032 |
| Cash & Cash Equivalents End of Year | $53,436 | $46,703 | $50,014 | $50,032 | $50,020 |

*See Accompanying Notes to the Consolidated Financial Statement Projections*

**Notes to the Condensed Consolidated Financial Statements**

The Debtors developed the Projections contained herein based on the following assumptions, among others:

(a) The Projections assume emergence from the Chapter 11 Cases with a confirmed Plan on March 31, 2010.

(a) *Restatement of Previously Issued Consolidated Financial Statements.* Between December 4, 2008 and August 31, 2008, Holdings filed Current Reports on Form 8-K with the SEC that disclosed, among other things, that Holdings had identified errors related to the incorrect timing in the recognition of revenue from transactions in its Semiconductor Systems and Precision Technology business segments and that its previously issued interim and annual historical financial statements for 2008, 2007 and 2006 should not be relied upon. The majority of the errors related to multiple-element arrangements for which objective and reliable evidence of fair value did not exist for one or more of the undelivered elements. The Company is working diligently to complete the restatement of its previously issued interim and annual financial statements for fiscal years 2006, 2007 and 2008 (the "Restatements"). The actual results and Projections do not reflect the impact of the Restatements.

(a) *Asset Impairment Charge.* As a result of the decline in the Company's businesses during the second half of 2008, the Company initiated an evaluation of the carrying value of its goodwill, intangible assets and fixed assets and determined that those assets had been impaired. The Company currently expects to record an impairment charge in the range of $205 million to $220 million in the fourth quarter of 2008. The actual results and Projections do not reflect the impact of the asset impairment.

(a) *General Economic and Market Conditions.* The Projections were prepared assuming that economic conditions in the markets served by the Debtors improve over the next five years from current economic conditions.

(a) *Revenue.* Revenue is generated from several product lines. The Projections assume that revenue grows at an 11.8% compounded annual growth rate over the five-year projection period as the Reorganized Company leverage their market presence during the economic recovery.

(a) *Cost of Goods Sold.* Cost of goods sold includes variable costs and fixed manufacturing expenses associated with product development such as direct materials, direct labor, inventory provisions, warranties and overhead. The Projections assume gross margins increase from 37.3% (2009) to 39.6% (2013) as the Reorganized Company realizes the benefit of increased revenues and the careful management of fixed costs.

(a) *Operating Expenses.* Operating expenses ("Opex") include, but are not limited to, expenses such as sales and marketing, research and development, general and administrative expenses, depreciation of fixed assets and amortization of intangible assets. Opex excludes costs incurred in connection with the preparation and filing of the

Plan, the review and investigation of revenue transactions examined in connection with restatement of the Company's previously issued financial statements and other non-recurring expenses. Opex is projected to increase from approximately $106.4 million (2009) to approximately $113.6 million (2013), a compounded annual growth rate of 1.6%, as the Reorganized Company expect to leverage the cost structure to maximize profitability.

(a) *Interest Expense and Income.* Interest expense represents the interest associated with the New Senior Secured Notes issued upon the Debtors' emergence from bankruptcy. The Projections assume the New Senior Secured Notes pay interest at 12.25% per annum from 2010 to 2013. This interest rate assumes cash pay and could be increased to 13.0% per annum if Reorganized GSI elects to accrue interest. Cash held by the Reorganized Company is assumed to earn interest at 2.0% per annum. The Projections reflect payment of accrued pre-petition interest on the Senior Notes at plan effective date of approximately $6.2 million.

(a) *Non Recurring Expenses.* Non-recurring expenses represent one time expenses and include costs incurred in connection with the preparation and filing of the Plan, the review and investigation of revenue transactions examined in connection with restatement of the Company's previously issued financial statements and other non-recurring expenses.

(a) *Taxes.* The Projections assume that the Reorganized Company will have no tax obligation as a result of current net operating losses. This assumption could vary significantly pending final tax analysis of the transaction.

(a) *Capital Expenditures.* The Projections include capital expenditures as estimated by the Company. Overall, projected annual capital expenditures as a percentage of revenues range from 0.8% to 1.3% during the period covered by the Projections.

(a) *Sale of Rugby, UK Building.* During the fourth quarter of fiscal 2009, the Company sold a building in Rugby, UK for net cash proceeds of approximately $3.1 million.

(a) *Sale of Auction Rate Securities.* During fiscal 2009, the Company sold Auction Rate Securities ("ARS") for net cash proceeds of approximately $16.7 million. ARS with an estimated fair value of approximately $10.7 million are included in long-term investments on the Company's consolidated balance sheet throughout the projection period.

(a) *New Senior Secured Notes.* Pursuant to the Plan, New Senior Secured Notes in the amount of $104.1 million maturing in 2014 will be issued to the holders of the Senior Notes and GSI UK Notes. Reorganized GSI has the option to pay interest on the New Senior Secured Notes at either 12.25% per annum in cash, or 13.0% paid in kind, depending on the ratio of earnings to fixed charges (as described in the New Indenture). In addition, the New Senior Secured Notes provide that an additional 2% interest paid in kind becomes payable if the Restatements are not completed within six months from the Reorganized Debtors' emergence from the Chapter 11 Cases or if the common shares of

Reorganized Holdings cease to be listed on an eligible market after such six-month period and Holdings does not elect delist its common shares from such eligible market and deregister them under Section 12(g) of the Exchange Act. The Projections assume Reorganized GSI pays cash interest throughout the post emergence period. The New Senior Secured Notes will be secured by a first priority lien on 66 2/3% of the stock of Reorganized Holdings' direct and indirect foreign subsidiaries and substantially all the other assets of Reorganized Holdings, Reorganized GSI and the Subsidiary Guarantors. In addition, payment of interest and principal on the New Senior Secured Notes will be guaranteed by Reorganized Holdings and the Subsidiary Guarantors. Due to the fact that the holder of the GSI UK Notes is wholly-owned foreign subsidiary, the note and resulting fees and interest associated with its pro-rata share is not reflected as debt or cash disbursements in the Projections of the Company as it is intercompany and eliminated in consolidation.

(a) *Principal Payments on New Senior Secured Notes.* Though not required under the terms of the New Senior Secured Notes, the Projections assume any cash balances in excess of $50 million are used to pre-pay outstanding principal of the New Senior Secured Notes.