IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re                                                    :    Chapter 11
                                                         :
MES INTERNATIONAL, INC., *et al.*,[1]                    :    Case No. 09-14109 (PJW)
                                                         :
                              Debtors.                   :    (Jointly Administered)
                                                         :
---------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules"), the Official Committee of Equity Security Holders (the "Committee") hereby enters its appearance by and through its proposed counsel, Richards, Layton & Finger, P.A. and Jones Day; and pursuant to Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and Rule 1109(b), the Committee hereby requests that copies of all notices and pleadings given or filed in the above-captioned chapter 11 cases and any other case(s) consolidated herewith be given and served upon the counsel listed below:

| | |
|---|---|
| Robert J. Stearn, Jr. | Robert S. Faxon |
| Paul N. Heath | Carl E. Black |
| Drew G. Sloan | JONES DAY |
| RICHARDS, LAYTON & FINGER, P.A. | North Point |
| One Rodney Square | 901 Lakeside Avenue |
| 920 North King Street | Cleveland, Ohio 44114 |
| Wilmington, Delaware 19801 | Telephone: (216) 586-3939 |
| Telephone: (302) 651-7700 | Facsimile: (216) 579-0212 |
| Facsimile: (302) 651-7701 | Email: rfaxon@jonesday.com |
| Email: stearn@rlf.com | ceblack@jonesday.com |
| heath@rlf.com | |
| sloan@rlf.com | |
| | -and- |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: MES International, Inc. (1964); GSI Group Inc. (0412); and GSI Group Corporation (9358). The Debtors' headquarters is located at 125 Middlesex Turnpike, Bedford, MA 01730.

Daniel P. Winikka
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
Email: dpwinikka@jonesday.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, filed or made with regard to the cases and proceedings referenced herein. Please add the attorneys of record to such mailing matrix as may be used for all purposes in these cases.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the Committee's rights (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (3) any other rights of the Committee.

Dated: January 14, 2010
      Wilmington, Delaware

/s/ Robert J. Stearn
Robert J. Stearn, Jr. (No. 2915)
Paul N. Heath (No. 3704)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: stearn@rlf.com
      heath@rlf.com
      sloan@rlf.com

-and-

Robert S. Faxon
Carl E. Black
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Email: rfaxon@jonesday.com
      ceblack@jonesday.com

-and-

Daniel P. Winikka
JONES DAY
2727 N. Harwood St.
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
Email: dpwinikka@jonesday.com

*Proposed Attorneys for the Official Committee of Equity Security Holders*

# CERTIFICATE OF SERVICE

I, Drew G. Sloan, do hereby certify that on the 14th day of January, 2010, I caused a copy of the foregoing **Notice of Appearance and Request for Service of Papers** to be served upon each of the parties and in the manner indicated below.

## Via Hand Delivery

Mark Minuti
Lucian B. Murley
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19899

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801

## Via First Class Mail

MaryJo Bellew
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102

William R. Baldiga
Brown Rudnick LLP
One Financial Center
Boston, Massachusetts 02111

Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

RLF1 3525704v.2