# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MES INTERNATIONAL, INC., *et al.*,[1] | ) Case No. 09-14109 (PJW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## CERTIFICATION OF COUNSEL
## REGARDING OMNIBUS HEARING DATES

The undersigned hereby certifies that:

1.     On January 13, 2010, counsel to the Debtors received certain tentative omnibus hearing dates from Judge Walsh's courtroom deputy.

2.     Enclosed herewith is a proposed Order ("Omnibus Hearing Order") that states with specificity the time and date of each omnibus hearing presently scheduled, subject to Court approval.

3.     The Debtors respectfully requests that the Court enter the Omnibus Hearing Order.

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: MES International, Inc. (1964); GSI Group Inc. (0412); and GSI Group Corporation (9358).  The Debtors' headquarters is located at 125 Middlesex Turnpike, Bedford, MA 01730.

Dated: January 15, 2010

BROWN RUDNICK LLP
William R. Baldiga, Esq.
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

and

SAUL EWING LLP

_____
Mark Minuti (DE Bar No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6840
Facsimile: (302) 421-5873

and

MaryJo Bellew (DE Bar No. 4519)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7144
Facsimile: (215) 972-2292

*Counsel for Debtors and Debtors in Possession*

588763.1 1/15/10