# EXHIBIT A

ATI-2405566v4
RLF1 3530097v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MES INTERNATIONAL, INC., et al.,[4] | : | Case No. 09-14109 (PJW) |
| | : | |
| Debtors. | : | Jointly Administered |

### DECLARATION OF TERO JANNE IN SUPPORT OF APPLICATION FOR AN ORDER TO EMPLOY AND RETAIN JEFFERIES & COMPANY, INC. AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF EQUITY SECURITIES HOLDERS, *NUNC PRO TUNC* AS OF THE APPOINTMENT DATE

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Tero Janne, declares:

1. I am Managing Director of Jefferies & Company, Inc. ("Jefferies"), and I make this declaration on behalf of Jefferies (the "Declaration").[5] I submit this declaration in support of the Application for an Order to Employ and Retain Jefferies & Company, Inc. as Financial Advisors to the Official Committee of Equity Security Holders, Nunc Pro Tunc as of the Appointment Date (the "Application"). I have personal knowledge of the matters set forth herein, and if called as a witness, would testify competently thereto.[6]

### Qualifications of Professionals

2. Jefferies is well suited to provide the services that the Equity Committee requires. Jefferies is a financial advisory firm with its principal office located at 520 Madison Avenue, 12th Floor, New York, New York 10022. Jefferies is a registered broker-dealer with

---

[4] The debtors in these chapter 11 cases, along with the last four (4) digits of each debtor's federal tax identification number, are: MES International Inc. (1964); GSI Group Inc. (0412); and GSI Group Corporation (9358). The Debtors' headquarter is located at 125 Middlesex Turnpike, Bedford, MA 01730.

[5] Capitalized terms not otherwise defined herein have the meanings given to them in the Application.

[6] Certain of the disclosures herein relate to matters within the knowledge of other professionals at Jeffries working on my behalf or at my direction.

the United States Securities and Exchange Commission, and is a member of the Boston Stock Exchange, the International Stock Exchange, the National Association of Securities Dealers, the Pacific Stock Exchange, the Philadelphia Stock Exchange and the Securities Investor Protection Corporation. Jefferies was founded in 1962 and is a wholly-owned subsidiary of Jefferies Group, Inc. Jefferies Group, Inc. is a public company and, together with its subsidiaries, has over $29 billion in assets and over 2,500 employees in over 25 offices around the world.

3. Jefferies provides a broad range of corporate advisory services to its clients including, without limitation, services pertaining to: (a) general financial advice; (b) mergers, acquisitions and divestitures; (c) capital raising; and (d) corporate restructurings. Jefferies and its senior professionals have extensive experience in the reorganization and restructuring of troubled companies, both out of court and in chapter 11 proceedings. The employees of Jefferies have advised debtors, creditors, equity constituencies and purchasers in many reorganizations. Since 2007, these professionals have been involved in over 90 restructurings representing over $135 billion in restructured debt.

4. Jefferies has extensive experience in reorganization cases and has an excellent reputation for services it has rendered in large and complex chapter 11 cases on behalf of creditors' committees, debtors and creditors throughout the United States, including those of: Adelphia Business Solutions; Amerco, Inc.; AmeriServe Food Distribution, Inc.; Ames Department Stores, Inc.; Atkins Nutritionals, Inc.; Budget Group, Inc.; Choice One Communications; Delphi Corporation; Diamond Brands Operating Corp.; Exide Technologies Inc.; Federal Mogul Corporation; Formica Corp.; Heartland Wireless Communications; ICO Global Communications Services Inc.; International Wireless Communications. Inc.; Kaiser

ATI-2405566v4
RLF1 3530097v.1

Group International. Inc.; Loral Space & Communications; Pliant Corporation; VF Brands International; Werner Holding Co (DE), Inc.; WHX Corp.; and XO Communications Inc.

### Services to be Rendered

5. The Equity Committee has requested that Jeffries serve as its financial advisor during these chapter 11 cases to perform the services set forth in the engagement letter attached as an exhibit to the Application (the "Engagement Letter"), which include, without limitation the following services:

(a) becoming familiar with, to the extent Jefferies deems appropriate, and analyze the business, operations, properties, financial condition and prospects of the Debtors;

(b) providing advice and assistance to the Equity Committee in connection with analyzing, structuring, negotiating and effecting, and identifying potential investors in, any financing transaction on behalf of the Equity Committee pursuant to a rights offering or other financing involving public or private securities or bank debt (whether in the form of debt, equity or equity-linked securities), or any other similar transaction or series of transactions or any combination thereof, and acting, at the request of the Equity Committee, as placement agent or underwriter for the Debtors with respect to any such financing (hereinafter referred to as a "Capital Raise");

(c) advising the Equity Committee on the current state of the "restructuring market;"

(d) assisting and advising the Equity Committee in examining and analyzing any strategy, potential or proposed restructuring, amending, redeeming or otherwise adjusting the Debtors' outstanding indebtedness or overall capital structure, whether pursuant to a plan of reorganization, any sale of securities or assets, including under section 363 of the Bankruptcy Code, a liquidation, or otherwise (a "Restructuring," and together with a Capital Raise, a "Transaction"), including, where appropriate, assisting the Equity Committee in developing its own strategy for accomplishing a Restructuring;

(e) assisting and advising the Equity Committee in evaluating and analyzing the proposed implementation of any Transaction, including the value of the securities or debt instruments, if any, that may be issued in any such Transaction;

(f) assisting and advising the Equity Committee in evaluating potential financing transactions by the Debtors;

(g) assisting and advising the Equity Committee on tactics and strategies for negotiating with other stakeholders;

(h) attending meetings of the Equity Committee with respect to matters on which Jefferies has been engaged to advise the Equity Committee hereunder;

(i) providing testimony, as necessary and appropriate, with respect to matters on which Jefferies has been engaged to advise the Equity Committee hereunder, in any proceeding before the Court; and

(j) rendering such other financial advisory services as may from time to time be agreed upon by the Equity Committee and Jefferies, including, but not limited to, providing expert testimony, and other expert and financial advisory support related to any threatened, expected, or initiated litigation.

6. Jeffries is willing to act on behalf of the Equity Committee and subject itself to the jurisdiction and supervision of the Court. Additionally, Jeffries will coordinate with the other professionals retained in these chapter 11 cases to minimize (and wherever possible, avoid) unnecessary duplication or overlap of work.

## Professional Compensation

7. Jefferies' requested compensation for professional services rendered to the Equity Committee will be based upon the terms and conditions of the Engagement Letter, which provides in relevant part for the following compensation structure (the "Fee and Expense Structure"):[7]

(a) A monthly fee (the "Monthly Fees") equal to $150,000 per month until the expiration or termination of the engagement. The first Monthly Fee shall be payable immediately upon the Court approval of the Application (with, for the avoidance of doubt, the Monthly Fees being deemed to have accrued beginning on the date of the Engagement Letter), and each

---

[7] Capitalized terms used in this summary but not otherwise defined herein shall have the meaning set forth in the Engagement Letter. To the extent this Declaration and the terms of the Engagement Letter are inconsistent, the terms of the Engagement Letter shall control.

- 4 -

ATI-2405566v4
RLF1 3530097v.1

subsequent Monthly Fee shall be payable monthly in advance on each monthly anniversary thereafter.

(b) A fee of $1.25 million, which shall be earned in full upon (i) consummation of a chapter 11 plan of reorganization, liquidation or otherwise in these Cases or (ii) the sale of substantially all of the assets of the Debtors pursuant to section 363 of the Bankruptcy Code (whether in one transaction or series of related or unrelated transactions) (the "363 Sale"), in each case that is approved by the Court and in which a majority of the members of the Equity Committee, as of the date of confirmation of a chapter 11 plan or approval of other transaction or order implementing the Restructuring or the 363 Sale, have not filed an objection that was not subsequently withdrawn.

(c) Upon the consummation of a Capital Raise of new capital for which Jefferies has acted as underwriter or placement agent or for which Jefferies, at the request of the Equity Committee, has provided advice and assistance to the Equity Committee or the Debtors in connection with structuring, negotiating or effecting or identifying potential investors in, a fee in an amount equal to:

(i) 1.5% of the aggregate gross proceeds raised in excess of $50 million from any equity or equity-linked securities placed or purchased pursuant to a rights offering to the common equity holders of GSI Group, Inc.; plus

(ii) 5.0% of the aggregate gross proceeds raised from any equity or equity-linked securities for which a fee is not paid pursuant to clause (i) above (other than because of the $50 million threshold); plus

(iii) 1.5% of the greater of the maximum amount available under, or the aggregate principal amount of any debt raised with, a first lien on existing assets; plus

(iv) 2.5% of the greater of the maximum amount available under, or the aggregate principal amount of any debt raised with, a second lien on existing assets; plus

(v) 3.5% of the greater of the maximum amount available under, or the aggregate principal amount of, any other debt raised by the Debtors for which a fee is not paid pursuant to clauses (iii) or (iv) above, including, but not limited to, high-yield notes, mezzanine notes or term loans.

8. The overall compensation structure described above is comparable to compensation generally charged by financial advisory firms of similar stature to Jefferies for comparable engagements, both in and out of bankruptcy.

9. Jefferies also will seek reimbursement for necessary expenses incurred, including, without limitation, reasonable fees and expense of its counsel, and the reasonable fees and expenses of any other independent experts retained by Jefferies.

10. Jefferies shall apply to the Court for payment of compensation and reimbursement of expenses on an interim and final basis, applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the guidelines promulgated by the United States Trustee, the Local Rules and the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Official Committee Members, entered on December 18, 2009 (Docket No. 135) and any additional procedures that may be established by the Court in these chapter 11 cases.

11. The overall compensation structure described above is consistent with Jefferies' normal and customary billing practices for cases of this size and complexity, reflects the difficulty of the assignments Jefferies expects to undertake and is performance based. Jefferies believes that the foregoing compensation arrangements are (a) reasonable, (b) market-based and (c) merited by Jefferies' restructuring expertise, knowledge, skills and capabilities.

12. In accordance with section 504 of the Bankruptcy Code, I hereby state that there is no agreement or understanding between Jefferies and any other entity, other than a member, partner or regular associate of Jefferies, for the sharing of compensation received or to be received for services rendered in connection with these cases.

ATI-2405566v4
RLF1 3530097v.1

## Indemnification Provisions

13.     The Engagement Letter provides that the Debtors' estates will be obligated to indemnify and hold harmless Jefferies and its affiliates, and their respective directors, officers, partners, members, employees, agents and controlling persons (collectively, the "Indemnified Parties") under certain circumstances (such indemnification obligation being referred to as the "Indemnification Provisions") as set forth in the Engagement Letter. However, the Debtors' estates will not be obligated to indemnify Jefferies for acts involving gross negligence or willful misconduct and will not be obligated to hold Jefferies harmless against liabilities arising out of or in connection with its retention for losses, claims, damages or liabilities that are finally judicially determined by a court of competent jurisdiction to have primarily resulted from the gross negligence or willful misconduct of Jefferies. Both the Equity Committee and Jefferies believe that such provisions are customary and reasonable for investment banking engagements in chapter 11.

14.     The Equity Committee has also agreed that the Debtors' estates will be obligated to reimburse Jefferies for legal and other expenses in connection with Jefferies' actions in investigating, preparing, defending or settling any proceedings arising out of or in connection with its retention by the Equity Committee except for any such expenses that are finally judicially determined by a court of competent jurisdiction to have primarily resulted from the gross negligence or willful misconduct of Jefferies.

15.     The terms and conditions of the Engagement Letter and the Indemnification Provisions were negotiated by the Equity Committee and Jefferies at arm's-length and in good faith.

ATI-2405566v4
RLF1 3530097v.1

## Disclosure Concerning Disinterestedness

16. To check and clear potential conflicts of interest in these cases, Jefferies reviewed its client relationships to determine whether it had any relationships with the following entities (collectively, the "Interested Parties"):

- (a) the Committee of Equity Security Holders;
- (b) the Debtors and Certain Non-Debtor Affiliates;
- (c) Officers and Directors;
- (d) Significant Lenders and Lienholders (including Current and Former Agents Under the Debtors' Credit Facilities, Their Counsel and Financial Advisors);
- (e) Depository and Disbursement Banks;
- (f) Insurers;
- (g) Professionals used by the Debtors;
- (h) Professionals used by the Equity Committee;
- (i) Parties to Material Litigation with the Debtors and Their Counsel;
- (j) Holders of 5% or More of the Issued and Outstanding Voting and Non-Voting Equity Securities of the Debtors;
- (k) Noteholders of Record Holding 5% or More of Any Outstanding Issuance of Notes of the Debtors;
- (l) Indenture Trustees;
- (m) Counterparties to the Debtors' Leases;
- (n) The Debtors' Top 50 Accounts Payable;
- (o) The Debtors' Top 50 Accounts Receivable;
- (p) State and Other Governmental Entities With a Possible Stake in the Debtors;
- (q) All Environmental Protection Agencies (Federal and State) That May Have Jurisdiction Over Any of the Debtors' Properties, Products and Waste Items;

(r) All Utilities or Providers of Energy to the Debtors; and

(s) All Applicable Taxing Authorities.

17. The identities of the Interested Parties were provided to Jefferies by the Debtors and are set forth on Schedule 1 to this Declaration.

18. To the best of my knowledge and belief, neither Jefferies, I nor any other employee of Jefferies has any connection with or holds any interest adverse to the Interested Parties in the matters on which Jefferies is proposed to be retained, except as set forth in the attached Schedule 2 and Schedule 3.

19. To the best of my knowledge, information and belief, Jefferies has not been retained to assist any entity or person other than the Equity Committee on matters relating to, or in direct connection with, these cases. If Jefferies' proposed retention by the Equity Committee is approved by the Court, Jefferies will not accept any engagement or perform any service for any entity or person other than the Equity Committee in these cases. Jefferies will, however, continue to provide professional services to entities or persons that may be creditors or parties-in-interest in these cases, provided that such services do not relate to, or have any direct connection with, these cases or the Debtors.

20. I am not related or connected to and, to the best of my knowledge, no other professional of Jefferies who will work on this engagement is related or connected to, any United States Bankruptcy Judge for the District of Delaware, any of the District Judges for the District of Delaware who handle bankruptcy cases, the United States Trustee for this Region or any employee in the Office of the United States Trustee for this Region.

21. This affidavit is provided in accordance with sections 328(a) and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Bankruptcy Rule 2014-1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 22, 2010

New York, New York

                                        /s/ Tero Janne
                                        Tero Janne
                                        Jefferies & Company, Inc.
                                        Managing Director

# SCHEDULE 1

# SCHEDULE 1

## Interested Parties

**Committee of Equity Security Holders**

Bradley Louis Radoff
JEC II Associates LLC
Stephen W. Bershad

**The Debtors**

GSI Group Corporation
GSI Group, Inc.
MES International, Inc. f/k/a MicroE Systems International, Inc.

**Nondebtor Affiliates**

Baublys Control Laser GmbH
Cambridge Technology, Inc.
Continuum Electro-Optics, Inc.
Control Laser Corporation
Excel Laser Technology Pvt., Ltd.
Excel Technology Asia Sdn. Bhd.
Excel Technology Europe GmbH
Excel Technology France S.A.S.
Excel Technology Italy S.r.L.
Excel Technology Japan Holding Co., Ltd.
Excel Technology Japan K.K.
Excel Technology Lanka (Pvt.) Ltd.
Excel Technology, Inc.
General Scanning Securities Corporation
GSI Group GmbH
GSI Group Japan Corporation
GSI Group Limited
GSI Group Precision Tech (Suzhou)
GSI Group Singapore Pte., Ltd.
GSI Lumonics Asia Pacific Ltd. Hong Kong
GSI Lumonics Asia Pacific Ltd. Malaysia Branch
GSI Lumonics S.A.R.L.
MicroE Systems Corporation
Photo Research, Inc.
Quantronix Corporation
Synrad, Inc.
The Optical Corporation
Westwind Air Bearings Limited

**The Debtors' Officers and Directors**

**GSI Group, Inc.**
Anthony J. Ballantuoni
Benjamin J. Virgilio
Byron O. Pond
Garrett A. Garrettson, Ph.D.
Marina Hatsopoulos
Philippe Brak
Phillip A. Griffiths, Ph.D.
Richard B. Black
Sergio Edelstein, Ph.D.
Stephen Webb

**GSI Group Corporation**
Anthony J. Bellantuoni
Sergio Edelstein, Ph.D.

**MES International, Inc.**
Anthony J. Ballantuoni
Sergio Edelstein, Ph.D.

**Significant Lenders and Lienholders (including Current and Former Agents Under the Debtors' Credit Facilities, Their Counsel and Financial Advisors**

**Lenders**

Fasken Martineau
GSI Group Limited
Hale Fund Management LLC
Highbridge International LLC
Houlihan Lokey Howard & Zukin
Interlachen Convertible Investments Limited
Liberty Harbor Master Fund I, L.P.
Schulte Roth & Zabel LLP
Silver Oak Capital LLC
Special Value Continuation Partners, L.P.
Special Value Expansion Fund LLC
Special Value Opportunities Fund LLC
Tempo Master Fund, L.P.
Tennenbaum Opportunities Partners V, L.P.
UBS O'Connor LLC F/B/O: O'Connor Global Convertible Arbitrage II Master Limited
UBS O'Connor LLC F/B/O: O'Connor Global Convertible Arbitrage Master Limited

**Depository and Disbursement Banks**

Bank of America Corporation
HSBC (The Hong Kong and Shanghai Banking Corporation)
JPMorgan Chase Bank, N.A.

**Lienholders**

Great America Leasing Corporation

**Insurers**

ACE American Insurance Company
Aetna, Inc.
Allianz Global Risks US Insurance Company
Commerce & Industry Insurance Company of Canada
Federal Insurance Company
National Union Fire Insurance
Ohio Casualty Insurance Company
Steadfast Insurance Company
The Insurance Company of the State of Pennsylvania
Tufts

**Debtors' Professionals**

Brown Rudnick LLP
Catarano & Co.
CRG Partners
Ernst & Young LLP
Glenn Davis, P.A.
Grant Thornton
Huron Consulting Group
Jason Walthall
Kekst & Company Incorporated
LaBarge Weinstein
Revolution Partners LLC
Saul Ewing LLP
Scott Pitt
Stewart McKelvey
The Garden City Group, Inc.
Titus Consulting, Inc.
Wilson Sonsini Goodrich & Rosati, P.C.

**Equity Committee's Professionals**

Jefferies & Company
Jones Day
Richards, Layton & Finger, P.A.

**Parties to Material Litigation with the Debtors and Their Counsel**

Wiltold Trzeciakowski, Individually and on Behalf of All Other Similarly Situated (shareholder derivative suit)

**Holders of 5% or More of the Issued and Outstanding Voting and Non-Voting Equity Securities of the Debtors**

Franklin Resources, Inc.
Howson Tattersall Investment Counsel Limited
MacKenzie Financial Corporation
Royce & Associates LLC
Stephen W. Bershad
Sumitomo Heavy Industries, Ltd.
T. Rowe Price Associates, Inc.
Third Avenue Management LLC
Tocqueville Asset Management, L.P.

**Record Noteholders Holding 5% or More of the Issued and Outstanding Notes of the Debtors**

Hale Capital Partners, L.P.
Highbridge International LLC
Interlachen Convertible Investments Limited
Liberty Harbor Master Fund I, L.P.
Silver Oak Capital LLC
Special Value Continuation Partners, L.P.
Special Value Expansion Fund LLC
Special Value Opportunities Fund LLC
Tempo Master Fund, L.P.
Tennenbaum Opportunities Partners V, L.P.
UBS O'Connor LLC F/B/O: O'Connor Global Convertible Arbitrage II Master Limited
UBS O'Connor LLC F/B/O: O'Connor Global Convertible Arbitrage Master Limited

**Indenture Trustee**

The Bank of New York Mellon Trust Company, N.A.

**Counterparties to Leases**

125 Middlesex Turnpike LLC
Great America Leasing Corporation
Public Road LLC

**Top 50 Accounts Payable of the Debtors**

AVH Consulting
Bendon Gear & Machine, Inc.
Bilz Vibration Technology, Inc.
C&C Machines, Inc.
CDW Direct LLC
Cornerstone Research & Development, Inc.
CRG Partners Group LLC
Dominics LLC
Ernst & Young LLP
Florida Microelectronics LLC
GC Aero, Inc.
GES US (New England), Inc.
Gurley Precision Instruments, Inc.
Holographix LLC
Houlihan Lokey Howard & Zukin
Huron Consulting Service LLC
Integratech Distribution LLC
Johnson Precision, Inc.

Kyocera Industrial
Labarge Weinstein
Leemah Holdings, Ltd.
Liberty Engineering, Inc.
Lorom Industrial Co., Ltd.
Louis Morin Co., Inc.
Lynn Products, Inc.
Maxon Precision Motors, Inc.
Melles Griot Optical Systems
Metlife SBC
Newport Corporation
Nippon Pulse America, Inc.
Philips Medical Systems
Photo Sciences, Inc.
Quantum Devices, Inc.
Rapid Manufacturing, Inc.
Rocky Mountain Instrument Company
Salesforce.com, Inc.
Seyfarth Shaw LLP
Shanghai GES Information Technology Co., Ltd.
SMT Mechatronics Sdn Bhd
Task Micro-Electronics, Inc.
TDK Corporation of America
Tessera North America, Inc.
The Ultimate Software Group, Inc.
Thomas Financial Group
Timken Super Precision
Titus
Tufts Health Plan
Wilson Sonsini Goodrich & Rosati
Wyatt International Limited

**Top 50 Accounts Receivable of the Debtors**

Accutron, Inc.
AIS Industrial Components
Akribis Systems Pte, Ltd.
Ardentec Corporation
ASM Asia, Ltd.
BAE Systems Plc
Ball Aerospace & Technologies Corporation
Benchmark Electronics, Inc.
Biotronik SE & Co., KG
Bookham Technology (Shenzhen), n/k/a Oclaro, Inc.
Brooks Automation
Carestream Health, Inc.
China Electronic Appliance
Connect Systems Nederland
Datascope Corporation
Draeger Medical Systems I
EPP GmbH
Faro Technologies, Inc.
Florida Microelectronics LLC
Frencken Mechatronics B.V.
GE Healthcare
GEMS IT – China

Headway Technologies, Inc.
IME GmbH
Intuitive Surgical, Inc.
Kulicke & Soffa Global Holding Corporation
Litton
Mako Surgical Corporation
Marketech International Corporation
MMI Systems Pte, Ltd.
Motion Industries
Nanometrics Incorporated
OSATUS Coop Ltda.
Pacific Biosciences
Philips Medical Systems
Physio-Control, Inc.
Preco, Inc.
Samsung Electronics America, Inc.
Schneeberger GmbH
Seagate Technology International
SMAC
Solar Turbines, Inc.
Spacelabs Medical, Inc.
TeraPower Technology, Inc.
TJ Sales Associates, Inc.
Tru Form Industries, Inc.
Ultra Clean Technology Si
Western Digital (M) Sdn Bhd
Western Digital Corporation
Western Digital Thailand
Xyratex (Malaysia) Sdn Bhd

**State and Other Governmental Entities with a Potential Stake in the Debtors**

U.S. Department of Defense

**All Environmental Protection Agencies (Federal and State) that may have Jurisdiction Over Any of the Debtors' Properties, Products and/or Waste Products**

Massachusetts Department of Environmental Protection
United Stated Environmental Protection Agency

**Utility Providers**

Chungwa Telecom Co., Ltd.
City Water
Constellation New Energy
Daehan City Gas Co., Ltd.
GS Gangnam
KEPCO (a/k/a Korea Electric Power Corporation)
KT
KT Telecop Service Co., Ltd.
LG Dacom
National Grid Plc

NStar
SK Telecom Co., Ltd.
Skybeam
Taiwan Power Company
Taiwan Water Corporation
Town of Bedford (Water)
Xcel Energy, Inc.

**Applicable Taxing Authorities**

Revenue Agency of Canada
United States Internal Revenue Service

**Sales Tax Jurisdictions**

Arizona
California
Colorado
Connecticut
Florida
Georgia
Illinois
Kentucky
Massachusetts
Michigan
Minnesota
Missouri
Nebraska
New Jersey
New Mexico
New York
North Carolina
Ohio
Pennsylvania
Republic of Korea
South Carolina
Taiwan
Texas
Utah
Vermont
Virginia
Washington
Washington-Everett
Washington-Seattle
Wisconsin

**Income Tax Jurisdictions**

Arizona
Connecticut
Florida
Georgia
Illinois
Indiana
Kentucky
Maryland

Massachusetts
Michigan
New Hampshire
New Jersey
New Mexico
New York
North Carolina
Ohio
Oregon
Pennsylvania
South Carolina
Texas
Utah
Wisconsin

# **SCHEDULE 2**

# Schedule 2

# Disclosure of Jefferies & Company, Inc.

## Results of Conflicts Search – Current and Former Clients and/or Representations

| Party | Relationship |
|---|---|
| Special Value Opportunities Fund, LLC, Special Value Expansion Fund, LLC | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case. |
| Special Value Continuation Partners, LP | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case. |
| Highbridge International LLC | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case. |
| UBS O'Connor LLC F/B/O: O'Connor Global Convertible Arbitrage Master Limited | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case. |
| UBS O'Connor LLC F/B/O: O'Connor Global Convertible Arbitrage II Master Limited | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case. |
| Liberty Harbor Master Fund I, L.P. | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case. |
| The Bank of New York Mellon Trust Company, N.A. | Jefferies has numerous relationships with this lender in other capacities. We do not believe any of the relationships pose a conflict of interest in this case. |
| Sumitomo Heavy Industries Ltd. | Current or former client on a matter unrelated to these cases. |
| Metlife SBC | Current or former client on a matter unrelated to these cases. |
| Samsung Electronics Ameri | Current or former client on a matter unrelated to these cases. |
| Mako Surgical Corporation | Current or former client on a matter unrelated to these cases. |

# **SCHEDULE 3**

ATI-2405566v4
RLF1 3530097v.1

# Schedule 3

## Disclosure of Jefferies & Company, Inc.

### Results of Conflicts Search – Market Making List and Research Database

| Party | Relationship |
|---|---|
| Sumitomo Heavy Industries Ltd. | Jefferies makes a market in securities of Sumitomo Corp. |
| T. Rowe Price Associates, Inc. | Jefferies makes a market in securities of T. Rowe Price Group, Inc. |
| Allianz Global Risks US Insurance Company | Jefferies makes a market in securities of Allianz SE |
| Newport Corporation | Jefferies makes a market in securities of this company |
| Tessera North America | Jefferies makes a market in securities of Tessera Technologies, Inc. |
| Seagate Technology Intern | Jefferies makes a market in securities of this company |
| Xyratex (Malaysia) Sdn Bh | Jefferies makes a market in securities of Xyratex Ltd. |
| Kulicke & Soffa Global Ho | Jefferies makes a market in securities of Kulicke & Soffa Industries, Inc. |
| Faro Technologies | Jefferies makes a market in securities of this company |
| Intuitive Surgical | Jefferies makes a market in securities of this company |
| ASM Asia Ltd. | Jefferies makes a market in securities of ASM International, N.V. |
| Nanometrics Incorporated | Jefferies makes a market in securities of this company |
| BAE Systems | Jefferies makes a market in securities of this company |
| Brooks Automation | Jefferies makes a market in securities of this company |
| Mako Surgical Corporation | Jefferies makes a market in securities of this company |
| Ultra Clean Technology Si | Jefferies makes a market in securities of Ultra Clean Holdings, Inc. |
| Allianz Global Risks US Insurance Company | Jefferies publishes research on Allianz SE |
| Franklin Resources, Inc. | Jefferies publishes research on this company |
| T. Rowe Price Associates, Inc. | Jefferies publishes research on T. Rowe Price Group, Inc. |
| Salesforce.com Inc. | Jefferies publishes research on this company |
| Kulicke & Soffa Global Ho | Jefferies publishes research on Kulicke & Soffa Industries, Inc. |
| ASM Asia Ltd. | Jefferies publishes research on ASM International, N.V. |
| NStar | Jefferies publishes research on this company |
| Constellation New Energy | Jefferies publishes research on Constellation Energy Group |