# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MES INTERNATIONAL, INC., et al,[1] | : | Case No. 09-14109 (PJW) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | Re: Docket No. ____ |
| | : | |

ORDER AUTHORIZING THE OFFICIAL
COMMITTEE OF EQUITY SECURITY HOLDERS TO
RETAIN AND EMPLOY JEFFERIES & COMPANY, INC. AS ITS
FINANCIAL ADVISORS, *NUNC PRO TUNC* AS OF THE APPOINTMENT DATE

This matter coming before the Court on the Application for an Order to Employ

and Retain Jefferies & Company, Inc. as Financial Advisors to the Official Committee of Equity

Security Holders, Nunc Pro Tunc as of the Appointment Date (the "Application"),[2] filed by

Official Committee of Equity Security Holders (the "Equity Committee") of the above-captioned

debtors and debtors in possession (collectively, the "Debtors"); the Court having reviewed the

Application and the Janne Declaration attached thereto and having considered the statements of

counsel and the evidence adduced with respect to the Application at a hearing before the Court

(the "Hearing"); and the Court having found that (a) the Court has jurisdiction over this matter

pursuant to 28 U.S.C. §§ 157 and 1334, (b) venue is proper in this district pursuant to 28 U.S.C.

§§ 1408 and 1409, (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (d) notice of the

Application and the Hearing was sufficient under the circumstances and (e) Jefferies & Company,

Inc. ("Jefferies") is a "disinterested person," as defined in section 101(14) of the Bankruptcy

---

[1] The debtors in these chapter 11 cases, along with the last four (4) digits of each debtor's federal tax identification number, are: MES International Inc. (1964); GSI Group Inc. (0412); and GSI Group Corporation (9358). The Debtors' headquarter is located at 125 Middlesex Turnpike, Bedford, MA 01730.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Application.

Code, in that: (i) Jefferies has and had no connection with the Debtors, their creditors, the United States Trustee, any person employed by the U.S. Trustee or any other party with an actual or potential interest in these chapter 11 cases or its respective attorneys or accountants, except as set forth in the Janne Declaration; (ii) Jefferies neither has nor represents an interest materially adverse to the interest of the Debtors or their respective estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with or interest in, the Debtors or for any other reason; and (iii) Jefferies does not and did not hold or represent any interest adverse to the Equity Committee in matters for which it is to be retained; and the Court having determined that the legal and factual bases set forth in the Application, the Janne Declaration and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1.      The Application is GRANTED to the extent set forth herein.

2.      The Equity Committee is authorized to retain and employ Jefferies as its financial advisors in these chapter 11 cases, pursuant to sections 328(a) and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Bankruptcy Rule 2014-1 on the terms and conditions set forth in the Application and the Engagement Letter, including the terms regarding indemnification, nunc pro tunc as of December 23, 2009.

3.      The terms of the Engagement Letter, including the Fee and Expense Structure and the Indemnification Provisions, are approved, and the Equity Committee will be bound by such terms, and Jefferies shall be compensated and reimbursed pursuant to section 328(a) of the Bankruptcy Code in accordance with the terms of the Engagement Letter, except as expressly set forth herein, and subject to the procedures set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Order Establishing Procedures for Interim

ATI-2405566v4
RLFI 3530097v.1

Compensation and Reimbursement of Expenses of Professionals and Official Committee Members, entered on December 18, 2009 (Docket No. 135) and any other applicable orders of this Court.

4. In conjunction with paragraph 3 above, Jefferies will file interim and final fee applications for the allowance of compensation for services rendered and reimbursement of expenses incurred in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines and orders of this Court.

5. The Equity Committee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order and in accordance with the Application.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

7. To the extent that there may be any inconsistency between the terms of the Application, the Engagement Letter or this Order, the terms of the Order shall govern.

Dated: Wilmington, Delaware

_____, 2010

_____
UNITED STATES BANKRUPTCY JUDGE

ATI-2405566v4
RLF1 3530097v.1