# EXHIBIT A

[Proposed Order]

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------x
In re                                                     :   Chapter 11
                                                          :
MES INTERNATIONAL, INC., *et al.*,[1]                     :   Case No. 09-14109 (PJW)
                                                          :
                          Debtors.                        :   (Jointly Administered)
                                                          :
                                                          :   Re: Docket No. _____
----------------------------------------------------------x

## ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF RICHARDS, LAYTON & FINGER, P.A. AS CO-COUNSEL TO THE EQUITY COMMITTEE *NUNC PRO TUNC* TO DECEMBER 22, 2009

Upon the application (the "Application")[2] of the Official Committee of Equity Security Holders (the "Committee") in the Chapter 11 Cases of the above-captioned debtors and debtors-in-possession (the "Debtors") to authorize the Committee to retain and employ Richards, Layton & Finger, P.A. ("RL&F") as its bankruptcy co-counsel *nunc pro tunc* to December 22, 2009, and the Court having reviewed the Application, and the Court finding that (a) the Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); (c) notice of the Application has been provided to: (i) the U.S. Trustee; (ii) counsel for the Debtors; (iii) those creditors listed on the Debtors' Consolidated List of Thirty Creditors Holding Largest Unsecured Claims; and (iv) all parties entitled to receive notice in these Chapter 11 Cases pursuant to Bankruptcy Rule 2002, and the Court having found that such notice was sufficient under the circumstances and that no other or further notice need be provided; and the Court having considered the Application and the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: MES International, Inc. (1964); GSI Group Inc. (0412); and GSI Group Corporation (9358). The Debtors' headquarters is located at 125 Middlesex Turnpike, Bedford, MA 01730.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

Affidavit of Robert J. Stearn, Jr. in support of the Application (the "Stearn Affidavit"); and the Court having determined that the legal and factual bases set forth in the Application and the Stearn Affidavit establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. The Committee shall be, and hereby is, authorized to employ and retain RL&F as its co-counsel, *nunc pro tunc* to December 22, 2009, in accordance with the terms and conditions set forth in the Application.

3. RL&F shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, the Local Rules and any other such procedures as may be fixed by order of this Court.

4. The Committee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

5. The Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: _____, 2010
Wilmington, Delaware

_____
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE