UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MES INTERNATIONAL, INC., *et al.*,[1] | ) | Case No. 09-14109 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 794** |
| | ) | |

ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 1121(d)
FURTHER EXTENDING THE EXCLUSIVE PERIODS
DURING WHICH THE DEBTORS MAY FILE A CHAPTER 11
PLAN AND SOLICIT ACCEPTANCES THERETO

Upon the motion (the "Motion")[2] of the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, for entry of an order, pursuant to sections 105(a) and 1121(d) of the Bankruptcy Code: (a) extending the Debtors' Exclusive Filing Period by 60 days, through and including August 16, 2010, and (b) extending the Debtors' Exclusive Solicitation Period by 60 days, through and including October 15, 2010; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and this matter being a "core" proceeding under 28 U.S.C. § 157(b); and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and the Court being satisfied that the relief sought in the Motion is in the best interest of the Debtors, their creditors and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon review of

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: MES International, Inc. (1964); GSI Group Inc. (0412); and GSI Group Corporation (9358). The Debtors' headquarters is located at 125 Middlesex Turnpike, Bedford, MA 01730.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings attributed to them in the Motion.

594187.2 6/17/10

the Motion and all the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that, pursuant to sections 105(a) and 1121(d) of the Bankruptcy Code, the Exclusive Filing Period for the Debtors to file a chapter 11 plan is extended through and including August 16, 2010, and it is further

**ORDERED** that, pursuant to sections 105(a) and 1121(d) of the Bankruptcy Code, the Exclusive Solicitation Period for the Debtors to solicit acceptances to a chapter 11 plan is extended through and including October 15, 2010; and it is further

**ORDERED** that the extensions of the Exclusive Periods granted in this Order is without prejudice to the Debtors' rights to seek additional extensions from this Court under section 1121(d) of the Bankruptcy Code; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from, or related to, the interpretation or implementation of this Order.

Dated: _June 22, 2010_

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge

594187.2 6/17/10

2