## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MES INTERNATIONAL, INC., *et al.*,[1] | ) Case No. 09-14109 (PJW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## NOTICE OF OCCURRENCE OF EFFECTIVE DATE

PLEASE TAKE NOTICE THAT:

As of the date hereof, all conditions precedent to the effective date (the "Effective Date") pursuant to Section 9.2 of the Final Fourth Modified Joint Chapter 11 Plan of Reorganization for MES International, Inc., GSI Group Inc. and GSI Group Corporation, have been satisfied or waived, and the Effective Date has today occurred and for all purposes is and shall be July 23, 2010.

| | |
|---|---|
| **BROWN RUDNICK LLP** | **SAUL EWING LLP** |
| Co-Counsel to the Debtors | Co-Counsel to the Debtors |
| One Financial Center | 222 Delaware Avenue, Suite 1200 |
| Boston, MA 02111 | P.O. Box 1266 |
| Telephone: (617) 856-8200 | Wilmington, DE 19899 |
| Facsimile: (617) 856-8201 | Telephone: (302) 421-6840 |
| Attn: William R. Baldiga, Esq. | Facsimile: (302) 421-5873 |
| Nina E. Andersson, Esq. | Attn: Mark Minuti, Esq. |

Dated: July 23, 2010                              SAUL EWING LLP

Mark Minuti (DE Bar No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6840
Facsimile: (302) 421-5873

*Counsel to Debtors and Debtors-in-Possession*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: MES International, Inc. (1964); GSI Group Inc. (0412); and GSI Group Corporation (9358). The Debtors' headquarters are located at 125 Middlesex Turnpike, Bedford, MA 01730.