OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: GSI Group Corporation          Bank: See Footnote

Bankruptcy Number: 09-14111                   Account Number: N/A

Date of Confirmation: 5/27/2010               Account Type: N/A

Reporting Period (month/year): September 2010

    Beginning Cash Balance:                    See Footnote

All receipts received by the debtor:

    Cash Sales:                                $_____

    Collection of Accounts Receivable:         $_____

    Proceeds from Litigation (settlement or otherwise): $_____

    Sale of Debtor's Assets:                   $_____

    Capital Infusion pursuant to the Plan:     $_____

    Total of cash received:                    $_____

Total of cash available:                       $_____

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $_____

    Disbursements made pursuant to the administrative claims of bankruptcy professionals: $_____

    All other disbursements made in the ordinary course: $_____

    Total Disbursements                        $_____

Ending Cash Balance                            $_____

*GSI Group Corporation is in the process of completing its public filings to the Securities and Exchange Commission and once the financial reports are filed, the Debtor will amend the Post-Confirmation Report to include the balance sheet.

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

10/14/10
Date

Glenn Davis
Principal Financial Officer GSI Group, Inc.

Debtor:   GSI Group, Inc.

Case Number: 09-14111

| ASSETS | Month SEE FOOTNOTE | Month SEE FOOTNOTE |
|---|---|---|
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| Total Current Assets | | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Depreciation/Depletion | | |
| Total Property, Plant & Equipment | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Assets | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Postpetition Liabilities | | |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Pre-petition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |
| | | |
| | | |
| GSI Group Corporation is in the process of completing its public filings to the Securities and Exchange Commission and once the financial reports are filed, the Debtor will amend the Post-Confirmation Report to include the balance sheet. | | |