# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MES INTERNATIONAL, INC., et al.,[1] | ) Case No. 09-14109 (PJW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Re: Docket No. 1203** |
| | ) |

## FINAL DECREE CLOSING THE DEBTORS' CHAPTER 11 CASES PURSUANT TO SECTION 350(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3022

Upon consideration of the motion (the "Motion") of the above-captioned debtors (collectively, the "Debtors"), pursuant to section 350(a) of the Bankruptcy Code,[2] Bankruptcy Rule 3022, and Local Rule 5009-1, seeking to close the cases of the Debtors; and the Court having been satisfied that the Debtors have achieved substantial consummation of the *Fourth Modified Joint Chapter 11 Plan of Reorganization dated May 24, 2010* [Docket No. 768] (the "Plan"); and it appearing that the Debtors' estates have been fully administered; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties, and no other or further notice being required; and the Court having found that good and sufficient cause exists for granting the Motion, it is hereby

ORDERED that the Motion is granted; and it is further

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: MES International, Inc. (1964); GSI Group Inc. (0412); and GSI Group Corporation (9358). The Debtors' headquarters are located at 125 Middlesex Turnpike, Bedford, MA 01730.

[2] Capitalized terms used herein and not otherwise defined shall have the same meaning ascribed to them in the Motion.

606828.2 9/1/11

ORDERED that the Chapter 11 Cases of MES International, Inc., Case No. 09-14109 (PJW); GSI Group Inc.; Case No. 09-14110 (PJW) and GSI Group Corporation; Case No. 09-14111 (PJW) are hereby closed; *provided, however*, that the Court shall retain jurisdiction as is provided for in Article XII of the Plan (Retention of Jurisdiction); and it is further

ORDERED that a copy of this Final Decree shall be docketed in each of the Debtors' Chapter 11 Cases; and it is further

ORDERED that entry of this Final Decree is without prejudice to the rights of the Debtors or any party in interest to seek to reopen the Debtors' Chapter 11 Cases for cause; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: Sept 2, 2011
Wilmington, Delaware

_____
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE